IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

ROBERT BELLAMY and
MARY SUE BELLAMY,

      **Plaintiff,**

vs.                                                  CASE NO.: <u>22-CA-005309</u>

**HARTFORD INSURANCE**
**COMPANY OF THE MIDWEST,**

      **Defendant.**

_____/

## COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

**COME NOW** the Plaintiffs, ROBERT BELLAMY and MARY SUE BELLAMY, (hereinafter referred to as "Plaintiffs") by and through their undersigned counsel and file this complaint for damages and demand for jury trial against the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, (hereinafter referred to as "Defendant") and state the following:

1. This is a civil action for breach of contract wherein the damages are in excess of $30,000.00, excluding attorney's fees, costs and interest.

2. Venue is proper in Lee County, Florida because: (1) the real property in this action is located in Lee County, Florida; (2) Plaintiffs reside in Lee County, Florida; (3) the Defendant is a Foreign corporation doing business in Lee County, Florida.

3. This Complaint is filed in accordance with <u>Florida Statute §627.70152(3)(a)</u>, et seq., Fla. Stat. (2021), which a Notice of Intent to Initiate Litigation was filed December 7, 2022, with the Florida Department of Financial Services. A copy of the Notice is attached hereto as Exhibit "A".

1

## THE PARTIES

4. At all times material hereto, Plaintiffs are residents of Lee County, Florida, over the age of eighteen (18) years and otherwise sui juris.

5. That Defendant was and is a Foreign forprofit Corporation organized under the laws of the State of Connecticut, with a principal business address of One Hartford Plaza, Hartford, FL 32245.

## GENERAL ALLEGATIONS

6. That the Defendant, issued homeowners insurance policy number 55RBF744701 to the Plaintiffs. That said policy of insurance provided coverage for the Plaintiffs' dwelling located at 25623 Jarrow Road, Bonita Springs, Florida 34135. The subject policy of insurance provides coverage for including, but not limited to, damage caused to the property, replacement of personal property damaged and/or destroyed by a covered loss and additional living expense reimbursement if and when the residence becomes uninhabitable.

7. That on September 28, 2022, while the Plaintiffs' homeowner's insurance was in full force and effect, Hurricane Ian passed over the home. This resulted in significant damage to the Plaintiffs' residence.

8. That the Plaintiffs provided timely notice to the Defendant, of the loss occurring on September 28, 2022, and complied with all conditions precedent required by the subject policy of insurance. However, the Defendant, despite issuing claim number PP0019559005, breached the contract of insurance with the Plaintiffs when it failed to properly compensate the Plaintiffs for the repairs to the property which is a provision of the insurance contract issued by the Defendant.

2

## COUNT I – BREACH OF CONTRACT

9. Plaintiffs reallege the allegations in Paragraphs One (1) through Eight (8) as though fully set forth herein, and further states:

10. That the Defendant has failed to timely evaluate and pay the benefits owed to the Plaintiffs under the terms of the insurance policy issued by the Defendant. 11. All conditions precedent to the bringing of this action have occurred, have been performed or otherwise satisfied, or have been waived. That the Plaintiffs, due to the Defendant's failure to comply with the terms of the insurance policy issued by them, have suffered damages including, but not limited to, additional property damage and the retention of experts to assist with this loss.

12. That the Defendant's failure to fulfill its contractual obligations contained in the homeowner's policy issued to the Plaintiffs has caused them to retain the services of the undersigned attorney for representation in this action. Therefore, the Defendant is responsible for statutory attorney's fees pursuant to Florida Statute §627.428.

WHEREFORE, the Plaintiffs, ROBERT BELLAMY and MARY SUE BELLAMY, hereby demand judgment against the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, for all damages to their residence caused by the aforementioned damage together with interest on overdue payments, reasonable attorney's fees pursuant to Florida Statute §627.428, court costs and any other relief deemed just and equitable.

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury of all issues so triable.

Dated this 18TH day of December, 2022.

3

RESPECTFULLY SUBMITTED:

JONATHAN D. SCHWARTZ, P.A.
13611 South Dixie Hwy., Suite 335
Miami, FL 33176
Telephone: (786) 2992319
Facsimile: (786) 9534691

BY: /s/ Jonathan D. Schwartz, Esq.
Jonathan D. Schwartz, Esq.
FL Bar No: 178268
Email: jonathan@jonathanschwartzesq.com
service@jonathanschwartzesq.com

**EXHIBITS:**

A) Notice of Intent to Initiate Litigation filed December 7, 2022

SERVICE INFORMATION:

HARTFORD INSURANCE COMPANY OF THE MIDWEST, C/O:
FLORIDA CHIEF FINANCIAL OFFICER
200 EAST GAINES STREET
TALLAHASSEE, FL 323994201

4

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA**

**ROBERT BELLAMY and**

MARY SUE BELLAMY,

Plaintiff,

vs. CASE NO.:

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

Defendant.
_____/

# EXHIBIT A