IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NUMBER: 2:23-cv-00036-JLB-NPM

ROBERT BELLAMY and
MARY SUE BELLAMY,

    Plaintiffs,

vs.

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, and gives notice that the parties reached a settlement of all claims. Plaintiff has agreed to file a Notice of Dismissal with Prejudice once the original executed release is submitted to Defendant. Defendant requests that the Court allow thirty (30) days from today for Plaintiffs to file the Dismissal with Prejudice before closing this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Tracy A. Jurgus
TRACY A. JURGUS, ESQ.
Florida Bar No.: 483737
tjurgus@butler.legal
AMY B. FUERTES, ESQ.
Florida Bar No.: 85416
afuertes@butler.legal
Secondary:    phutson@butler.legal
Mail Center:    400 N. Ashley Drive, Suite 2300
                    Tampa, Florida 33602
Telephone:    (305) 416-9998
Facsimile:    (305) 416-6848
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing <u>Notice of Settlement</u> has been furnished to the following:

    Jonathan D. Schwartz, Esq.
    Jonathan D. Schwartz, P.A.
    13611 South Dixie Highway, Suite 335
    Miami, FL  33176-7258
    jonathan@jonathanschwartzesq.com
    Secondary:  service@jonathanschwartzesq.com
    *Attorneys for Plaintiffs*

via CM/ECF on January 11, 2024.

                                     /s/ Tracy A. Jurgus
                                     TRACY A. JURGUS, ESQ.