IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NUMBER: 2:23-cv-00036-JLB-NPM

ROBERT BELLAMY and
MARY SUE BELLAMY,

    Plaintiffs,

vs.

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    COME NOW the Plaintiffs, Robert Bellamy and Mary Sue Bellamy, and the Defendant, Hartford Insurance Company of the Midwest, by and through their respective counsel, and stipulate that Plaintiffs' claims against said Defendant, having been amicably settled, should be dismissed, with prejudice.

    IT IS FURTHER stipulated that the parties shall bear their respective costs and attorneys' fees, that all liens and/or subrogated interests be satisfied by Plaintiffs and that the Court retain jurisdiction to enforce the Release.

| Dated: 2/12/2024 | Dated: 2/12/2024 |
|---|---|
| /s/ Jonathan Schwartz | /s/ Tracy Jurgus |
| Jonathan D. Schwartz, Esq. | Tracy A. Jurgus, Esq. |
| Florida Bar No.: 178268 | BUTLER WEIHMULLER KATZ CRAIG LLP |
| 13611 South Dixie Highway, Suite 335 | Florida Bar No.: 483737 |
| Miami, FL 33176 | tjurgus@butler.legal |
| Telephone: 786-299-2319 | Secondary: phutson@butler.legal |
| *Attorneys for Plaintiffs, Robert and Mary Sue Bellamy* | Mail Center: 400 N. Ashley Drive, Suite 2300 Tampa, Florida 33602 |
| | Telephone: (305) 416-9998 |
| | *Attorneys for Defendant, Hartford Ins. Co. of the Midwest* |